**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ricky Carl Barnes,<br><br>          Plaintiff,<br><br>v.<br><br>Troy Meink, et al.,<br><br>          Defendants. | No. CV-25-04815-PHX-KML<br><br>**ORDER** |

Plaintiff Ricky Carl Barnes filed certificates of service stating "the Complaint and Summons[ ] were sent Certified United State[s] Mail" to the United States Attorney's Office for the District of Arizona (USAO), the United States Attorney General, the Secretary of the Air Force, and the Air Force Board for Correction of Military Records. (Docs. 8-11.) On February 2, 2026, the USAO filed a "Notice of Imperfect Service." (Doc. 20.) According to that notice, the USAO "received a copy of the complaint but did not receive an executed copy of the summons." (Doc. 20.) Based on the allegedly missing summons, the USAO states it "has not been properly served." (Doc. 20 at 1.) The USAO requests the court "set a deadline for Plaintiff to serve the summons and complaint." (Doc. 20 at 1.)

The court previously set March 27, 2026, as the deadline for Barnes to file proofs of service. (Doc. 7.) If the mailings Barnes already made did not include proper summonses, proper service has not occurred. But the present record does not allow the

court to determine if summons were included.[1]

However, there is another flaw that requires Barnes to take action, and that action will allow him to clarify the content of the original mailings, if appropriate. It appears Barnes personally mailed the original complaint and summons to the various addresses. According to Rule 4(c), "[a]ny person who is at least 18 years old and *not a party* may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2) (emphasis added); *see also Constien v. United States*, 628 F.3d 1207, 1217 (10th Cir. 2010) (service improper because mailings were done by plaintiff herself, "not by a nonparty, as required by Rule 4(c)"). Therefore, Barnes must file new proofs indicating proper service by a nonparty or, alternatively, Barnes may file a declaration from the nonparty who made the previous mailings attesting to the inclusion of summonses.

**IT IS ORDERED** no later than **March 27, 2026**, plaintiff shall file proofs that service of the complaint and summons was completed by a nonparty. If additional proofs of service are not filed by **March 27, 2026**, the Clerk of Court shall terminate without further notice any defendant in the United States pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated this 4th day of February, 2026.

Honorable Krissa M. Lanham
United States District Judge

---

[1] On February 3, 2026, Barnes filed an "Affidavit of Service" that includes an unexecuted copy of the summons. (Doc. 21.) To be effective, Barnes must ensure he sends summonses that have been signed by the Clerk of Court.